**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MELISSA YOUNG, et al., | ) | 3:16-CV-0678-VPC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 7, 2017 |
| | ) | |
| ANDRES MARISCAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before this court is defendants' motion to dismiss plaintiffs' complaint (ECF No. 8). In the opposition (ECF No. 11) and reply (ECF No. 14), all parties concede that the motion to dismiss is now moot because plaintiffs' filed an amended complaint (ECF No. 10). Defendants have now moved to dismiss plaintiffs' amended complaint (ECF No. 17). Therefore,

Defendants' motion to dismiss plaintiffs' complaint (ECF No. 8) is **DENIED as moot**. The court will rule on defendants' motion to dismiss the amended complaint (ECF No. 17) in due course.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:            /s/
         Deputy Clerk